# IN THE SUPREME COURT OF TEXAS

## NO. 12-0136

WACKENHUT CORPORATION, PETITIONER

V.

JESSE JAMES GUTIERREZ, RESPONDENT

No. *27662* in the *63rd District Court*, *Val Verde* County

## BILL OF COSTS

### *Petition for Review*

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Jesse James Gutierrez |
| Petition for Review Filed | $125.00 | $125.00 | Paid by Wackenhut Corporation |
| Clerk's Record | $414.00 | Unknown | 1 Volume |
| Reporter's Record | Unknown | Unknown | 5 Volumes |

Balance of costs owing to the Supreme Court of Texas:     **0.00**

---

*Wackenhut Corporation shall recover, and Jesse James Gutierrez shall pay, the costs incurred in this Court and in the court of appeals.*

---

**I, BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

FILE COPY

with the seal thereof annexed, at the City of Austin, this the 20th day of March, 2015.

BLAKE A. HAWTHORNE, Clerk

By Monica Zamarripa, Deputy Clerk